IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**NORTH RIVER INSURANCE COMPANY
and UNITED STATES FIRE INSURANCE
COMPANY,**

**Plaintiffs,**

v.

**VERTILUX LIMITED, RONALD ALSUP,
ROBERT CREWS, and MAGNUM
PROPERTIES, LLC,**

**Defendants**                                             No. 06-CV-403-DRH

## ORDER

**HERNDON, District Judge:**

       Before the Court is Plaintiffs' Motion for Voluntary Dismissal Without Prejudice Against All Defendants. (Doc. 9.) The Court **GRANTS** this motion (Doc. 9), and **DISMISSES without prejudice** Plaintiffs' action.

       **IT IS SO ORDERED.**

       Signed this 22nd day of June, 2006.

/s/       David   RHerndon
**United States District Judge**